Simon Bahne Paris
Patrick Howard
**SALTZ, MONGELUZZI,**
**& BENDESKY, P.C.**
One Liberty Place, 52nd Floor
1650 Market Street
Philadelphia, PA 19103
Telephone: (215) 575-3985
Facsimile: (215) 496-0999
Email: sparis@smbb.com
         phoward@smbb.com

*Attorneys for Plaintiff Marc Guisinger*
 *and the Certified Class*

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC GUISINGER, *individually and on behalf of all others similarly situated,*<br><br>                    Plaintiff,<br><br>        vs.<br><br>KEYSTONE RV COMPANY,<br><br>                    Defendant. | Case No. 2:23-cv-01393-MWC-RAO<br><br>**PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT KEYSTONE RV COMPANY'S OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68**<br><br>Assigned to Judge Michelle Williams Court<br>Magistrate Judge Rozella A. Oliver<br>Complaint Filed: 02/23/2023<br>Trial Date: 06/29/2026 |

PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT KEYSTONE RV COMPANY'S
OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68

TO THE COURT, DEFENDANT KEYSTONE RV COMPANY, AND ITS COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff Marc Guisinger ("Plaintiff Guisinger"), individually and on behalf of each member of the certified class who has not opted out as of June 22, 2026 (the "Judgment Class"), hereby accepts the Offer of Judgment served by Defendant Keystone RV Company ("Keystone") on June 1, 2026 (the "Offer"). A true and correct copy of the Offer is attached hereto as Exhibit A and incorporated by reference.

Plaintiff Guisinger and the Judgment Class accept the Offer on the material terms set forth therein, including:

1. Entry of judgment in favor of Plaintiff Guisinger and the Judgment Class, and against Keystone.

2. Payment by Keystone of a Maximum Settlement Payment of three million one hundred seven thousand dollars ($3,107,000.00) in full and final satisfaction of all relief sought in the operative Complaint (including damages, equitable, injunctive, and declaratory relief, attorneys' fees, costs, expenses, interest, and any other recoverable amounts accrued to the date of acceptance).

3. Individual Settlement Payments of two thousand dollars ($2,000.00) to each member of the Judgment Class, subject to the proof-of-ownership, payment, reporting, and 90-day void provisions in the Offer.

4. A Service Award of twenty-five thousand dollars ($25,000.00) to Plaintiff Guisinger for serving as Class Representative.

5. Two million dollars ($2,000,000.00) to Class Counsel for attorneys' fees and costs.

6. A full accounting by Keystone of the Individual Settlement Payments to the Court at the conclusion of the approved deadlines, with a sworn declaration

confirming compliance with the Approval Order. Keystone shall bear all costs associated with issuing the Individual Settlement Payments.

7.    Installation of solar panels by Keystone, at no cost to Plaintiff Guisinger, on his 2017 Passport 199 MLWE Ultra Lite Grand Touring Travel Trailer (VIN: 4YDT19923HX415851) (the "Subject Trailer") through an authorized Keystone dealer of Plaintiff Guisinger's choice.

9.    Exclusion from the Settlement Payment of any Class Member with metal trusses, as set forth in the Offer.

10.    This acceptance is made by Plaintiff Guisinger and the entire Judgment Class, satisfying the condition that acceptance be made by the whole Judgment Class.

This Notice of Acceptance is timely served within fourteen (14) days of service of the Offer pursuant to Fed. R. Civ. P. 68(a). Plaintiff respectfully requests that the Clerk enter judgment in accordance with the Offer and this Notice of Acceptance.

Dated:  June 4, 2026                    Respectfully Submitted,

**SALTZ, MONGELUZZI,**
**& BENDESKY, P.C.**

By:    */s/Simon B. Paris*
Simon Bahne Paris
Patrick Howard
One Liberty Place, 52nd Floor
1650 Market Street
Philadelphia, PA  19103
Tel:  (215) 575-3986
sparis@smbb.com
phoward@smbb.com

*Counsel for Plaintiff and the Certified Class*

PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT KEYSTONE RV COMPANY'S OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I served a copy of the foregoing pleading on all counsel for all parties via the CM/ECF system and/or mailing same by United States Mail, properly addressed, and first-class postage prepaid, to all counsel of record in this matter.

/s/ Simon Bahne Paris
Simon Bahne Paris