# EXHIBIT A

NELSON MULLINS RILEY & SCARBOROUGH LLP
Jahmy S. Graham (SBN 300880)
jahmy.graham@nelsonmullins.com
Rona Eli (SBN 326093)
rona.eli@nelsonmullins.com
Michael E. Seager (SBN 354564)
michael.seager@nelsonmullins.com
Two California Plaza
350 South Grand Avenue, Suite 2200
Los Angeles, CA 90071
Telephone:  424.221.7470
Facsimile:   279.202.2017

Attorneys for Defendant
KEYSTONE RV COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC GUISINGER, individually and on behalf of all others similarly situated,<br><br>                          Plaintiff,<br><br>     vs.<br><br>KEYSTONE RV COMPANY,<br><br>                          Defendant. | Case No. 2:23-cv-01393-MWC-RAO<br><br>**DEFENDANT KEYSTONE RV COMPANY'S OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68**<br><br>Assigned to Judge Michelle Williams Court<br><br><br>Complaint Filed:  02/23/2023<br>Trial Date:  06/29/2026 |

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant Keystone RV Company ("Keystone") hereby offers to allow entry of judgment to be taken against it as follows:

1.     Judgment in favor of Named Plaintiff Marc Guisinger ("Plaintiff Guisinger") and each class member ("Class Member") that has not opted out of the certified class as of June 22, 2026 ("the Judgment Class");

2.     Keystone to pay up to the total sum of three million one hundred and seven thousand dollars ($3,107,000.00) ("Maximum Settlement Payment") in full and final satisfaction of all relief sought in the operative Complaint (including but not limited to damages, equitable relief, injunctive and declaratory relief, attorneys' fees, costs, expenses, interest, and any other amounts recoverable in this action, accrued to the date of acceptance of the offer), with the total Maximum Settlement Payment to be apportioned as follows:

      i.     A direct payment of two thousand dollars ($2,000.00) ("Individual Settlement Payment") for each of the 541 members of the Judgment Class ("Qualifying Class Members") who currently own a Passport Western Edition travel trailer with wood trusses[1], that they purchased from a Keystone authorized dealership in California prior to December 1, 2019, with a Serial Number that sequentially ends after HX414101, ("Qualifying Trailers"), to be issued by Keystone directly to each Qualifying Class Member. Qualifying Class Members must submit proof of current ownership to Class Counsel, to be submitted to Keystone within 30 days from the date this Offer is fully executed and

---

[1] Class Members may confirm that they have a Qualifying Trailer with wood trusses by removing screws from a vent in the bathroom and conducting a visual inspection of the trusses. Such inspection can be completed in approximately 20-25 minutes, as demonstrated by Plaintiff Guisinger's own inspection. Any Class Member who has metal trusses is excluded from the Settlement Payment given they have no alleged damages as a matter of law.

1

DEFENDANT KEYSTONE RV COMPANY'S OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68

filed with the Court. Keystone will mail the Individual Settlement Payment to the Qualifying Class Members with tracking to the most recent address on file for each Qualifying Class Member within thirty (30) days from the date of receipt of proof of ownership from Class Counsel. Keystone will make all reasonable, good-faith efforts to ensure the Individual Settlement Payments are received by the Qualifying Class Members. Keystone shall provide a report on the status of Individual Settlement Payments to the Court 90 days after the Individual Settlement Payments are issued pursuant to the terms of the Court's Approval Order. Individual Settlement Payments will be void after ninety (90) days. Monies from uncashed Individual Settlement Payments that are void after the ninety (90) day period are retained by Keystone

ii. Twenty-five thousand dollars ($25,000.00) to Plaintiff Guisinger as a service award ("Service Award") for serving as Class Representative.

iii. Two million dollars ($2,000,000.00) to Class Counsel for attorneys' fees and costs.

3. At the conclusion of the approved deadlines, Keystone will provide a full accounting of the Individual Settlement Payments to the Court with a sworn declaration subject to the penalty of perjury to support a submission to the Court confirming compliance with the Approval Order. Keystone is responsible for all costs associated with issuing the Individual Settlement Payments pursuant to the Approval Order.

4. Given Plaintiff Guisinger alleges solar panel installation was central to his motivation for purchasing his 2017 Passport 199 MLWE Ultra Lite Grand Touring Travel Trailer (VIN: 4YDT19923HX415851) (the "Subject Trailer"), Keystone will agree to have solar panels installed on the Subject Trailer at no cost to Plaintiff

2

DEFENDANT KEYSTONE RV COMPANY'S OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68

Guisinger. Keystone will coordinate the installation with an authorized Keystone dealer of Plaintiff Guisinger's choice.

5.      Keystone is making this offer in order to conserve litigation resources, promote judicial economy, and for the purposes of compromising a disputed claim. Nothing in this offer should be deemed an admission by Keystone of any fact or allegation relating to its alleged liability, which Keystone denies as to Plaintiff Guisinger and the Class.

6.      This offer is conditioned on acceptance by the whole Judgment Class (*i.e.*, Plaintiff and each member of the certified class that has not opted out of the class as of June 22, 2026).

To accept this offer, Plaintiff and the Judgment Class must serve written notice of acceptance thereof within fourteen (14) days after being served with this offer. If this offer is not accepted within fourteen (14) days, Plaintiff and the Judgment Class may become obligated to pay Keystone's costs incurred after the making of this offer.

Dated:  June 1, 2026              NELSON MULLINS RILEY & SCARBOROUGH LLP

By:  _____
     Jahmy S. Graham
     Rona Eli
     Michael E. Seager

     Attorneys for Defendant
     Keystone RV Company

3
DEFENDANT KEYSTONE RV COMPANY'S OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68

## <u>PROOF OF SERVICE</u>

I am a citizen of the United States, over the age of 18 years, and not a party to this action. I am employed in the County of Los Angeles, State of California and my business address is Nelson Mullins Riley & Scarborough LLP, 19191 South Vermont Avenue, Suite 900, Torrance, California 90502. On June 1, 2026, I served the following document(s) described as:

**DEFENDANT KEYSTONE RV COMPANY'S OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68**

on the parties in said cause: *SEE ATTACHED SERVICE LIST*

☐ **BY U.S. MAIL:** On this day I caused such document(s) to be deposited with the U.S. Postal Service by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

☒ **BY EMAIL:** On this day, I electronically served from my electronic address in "PDF" format, the document(s) described above to the individuals stated on the attached Service List to their known email/electronic addresses as shown.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 1, 2026, at Los Angeles, California.

_____
Carolyn Orphey

4

CERTIFICATE OF SERVICE

<u>**SERVICE LIST**</u>
*Marc Guisinger v. Keystone RV Company*
US District Court Case No. 2:23-cv-01393-MWC-RAO

| | |
|---|---|
| Simon Bahne Paris<br>Patrick Howard<br>**SALTZ, MONGELUZZI,**<br>**& BENDESKY, P.C.**<br>One Liberty Place, 52nd Floor<br>1650 Market Street<br>Philadelphia, PA 19103 | ***Attorney(s) for Plaintiff***<br><br>Tel:  215.575.3985<br>Fax:  215.496.0999<br>Email: sparis@smbb.com<br>            phoward@smbb.com |

5
CERTIFICATE OF SERVICE